## JOHNSON ET AL. *v.* ROBERTS.

[No. 7,452.   Filed January 5, 1912.]

From Grant Circuit Court, *H. J. Paulus*, Judge.

Action by Harry L. Roberts against James Johnson and another. From a judgment for plaintiff, the defendant appeals.  *Affirmed.*

*Foster Davis*, for appellant.
*Guy Waltermire* and *John B. McIntire*, for appellee.

HOTTEL, J.—The appellants in this case are the same as in the case of Johnson v. Spencer (1912), ante, 166, 96 N. E. 1043, and the questions involved are identical with the questions therein decided.

Judgment affirmed on the authority of the case just cited.